# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie LaReece Pittman,<br><br>            Plaintiff,<br><br>v.<br><br>Food Safety Net Services Limited,<br><br>            Defendant. | NO. CV-20-01879-PHX-GMS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 8, 2022, judgment of dismissal is entered. The action is dismissed with prejudice for failure to comply with the Court's Order.

            Debra D. Lucas
            District Court Executive/Clerk of Court

March 16, 2022

            s/ L. Dixon
         By Deputy Clerk